UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. KIRK FRENCH, | ) ) ) ) | |
| Plaintiff and Relator, | ) ) | |
| v. | ) ) | Civil Action No. 06-0764 |
| INNOVATION WORKS a/k/a BEN<br>FRANKLIN TECHNOLOGY CENTER,<br>Defendant. | ) ) ) | **Filed**<br>**Under Seal** |

### ORDER

Upon consideration of the foregoing Motion For Voluntary Dismissal Pursuant to to F.R.C.P. Rule 41(a)(2), and with the consent of the United States of America and counsel for Innovation Works, it is hereby:

**ORDERED** that the within case is discontinued and dismissed pursuant to F.R.C.P. Rule 41(a)(2).

Dated: 5/10/07

Donetta W. Ambrose
Chief United States District Judge